SHENAE A. OUTERBRIDGE, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
Outerbridge v. Comm'r
Docket No. 7907-08
United States Tax Court
2010 Tax Ct. Summary LEXIS 155; January 11, 2010, Decided
*155 Mary Ann Cohen, Judge.
Mary Ann Cohen
DECISION
Pursuant to the opinion of the Court filed July 21, 2009, and incorporating herein the facts recited in respondent's computation as the findings of the Court, it is
ORDERED AND DECIDED: That there is a deficiency in income tax due from petitioner for the taxable year 2006 in the amount of $8,389.00.
(Signed) Mary Ann Cohen
Judge
Entered: JAN 11 2010.